IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)

| | | |
|---|---|---|
| **GOOBY INDUSTRIES, CORP.,** <br> **CENTURY BOX DIVISION, et al.,** | ) <br> ) <br> ) | Case No. C-1-01 804 <br><br> **Judge Dlott** |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) <br> ) | **DEFENDANTS' NOTICE OF** <br> **DEPOSITION OF PLAINTIFF DAVID** <br> **S. KAGEN** |
| **FRANK J. VENEZIANO, et al.,** | ) <br> ) | |
| Defendants. | ) <br> ) | |

Pursuant to Rule 30 of the Federal Rules of Civil Procedure and S.D. Ohio Civ. Rule 30.1, Defendants hereby notice the deposition of Plaintiff David S. Kagen, to be taken on September 25, 2003 beginning at 9:00 a.m. at the offices of Mr. Kagen's counsel, Greenebaum, Doll & McDonald PLLC, 2800 Chemed Center, 255 East Fifth Street, Cincinnati, Ohio 45202.

Respectfully submitted,

_/s/ Earle Jay Maiman_
Earle Jay Maiman (0014200)
**THOMPSON HINE LLP**
312 Walnut Street
14th Floor
Cincinnati, OH 45202-4089
(513) 352-6700
(513) 352-6515 (Fax)

Attorneys for Defendants
Frank J. Veneziano and Weltman, Weinberg

& Reis Co., L.P.A.

## CERTIFICATE OF SERVICE

      I hereby certify that on September 3, 2003, 2003, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the court's electronic filing system. Parties may access this filing through the Court's system.

      /s/ Earle Jay Maiman
      Earle Jay Maiman (0014200)

448598.1