IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)

| | |
|---|---|
| **GOOBY INDUSTRIES, CORP.,** **CENTURY BOX DIVISION, et al.,** | Case No. C-1-01 804 |
| | Judge Dlott |
| Plaintiffs, | |
| | **DEFENDANTS' AMENDED** |
| v. | **DISCLOSURE OF EXPERT** |
| | **WITNESSES** |
| **FRANK J. VENEZIANO, et al.,** | |
| | |
| Defendants. | |

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, Defendants designate the following expert witnesses:

    David P. Kamp, Esq.
    White, Getgey & Meyer Co., LPA
    1700 Fourth and Vine Tower
    One West Fourth Street
    Cincinnati, Ohio 45202

    Kevin Neels
    Charles River Associates
    John Hancock Tower
    200 Clarendon Street, T-33
    Boston, MA 02116-5092

Respectfully submitted,


/s/  Earle Jay Maiman
Earle Jay Maiman (0014200)
**THOMPSON HINE LLP**
312 Walnut Street
14th Floor
Cincinnati, OH 45202-4089
(513) 352-6700
(513) 352-6515 (Fax)

Attorneys for Defendants
Frank J. Veneziano and Weltman, Weinberg
 & Reis Co., L.P.A.

## CERTIFICATE OF SERVICE

      I hereby certify that on September 5, 2003, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the court's electronic filing system. Parties may access this filing through the Court's system.

      /s/ Earle Jay Maiman
      Earle Jay Maiman (0014200)

448966.1