UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)

| | |
|---|---|
| GOOBY INDUSTRIES CORP., CENTURY BOX DIVISION, et al., <br><br> PLAINTIFFS, <br> vs. <br><br> FRANK J. VENEZIANO, et al., <br><br> DEFENDANTS. | Case No. C-1-01 804 <br><br> Judge Dlott <br><br><br><br> STIPULATION OF DISMISSAL <br> OF ALL CLAIMS WITH PREJUDICE |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs Gooby Industries Corporation, Century Box Division and David S. Kagan and Defendants Frank J. Veneziano and Weltman, Weinberg & Reis Co., L.P.A., by counsel, stipulate that all claims pending in this action shall be and are dismissed with prejudice, with each party to bear his or its own attorney fees, expenses and costs.

**HAVE SEEN AND AGREED:**

s/ John A. West
John A. West (Ohio Bar # 0012933)
Wm. T. Robinson III (Ohio Bar # 0003091)
James R. Kareth (Ohio Bar # 0073271)
GREENEBAUM DOLL & MCDONALD PLLC
50 East RiverCenter Blvd., Suite 1800
Covington, Kentucky 41011

COUNSEL FOR PLAINTIFFS
GOOBY INDUS. CORP.,
CENTURY BOX DIVISION
AND DAVID S. KAGAN

s/ Earle J. Maiman (with permission)
Earle J. Maiman (Ohio Bar # 0014200)
THOMPSON HINE LLP
312 Walnut Street
14th Floor
Cincinnati, Ohio 45202-4089

COUNSEL FOR DEFENDANTS
FRANK J. VENEZIANO AND
WELTMAN, WEINBERG & REIS
CO., L.P.A.